Reshma Kamath, Cal. Bar No. 333800
P.O. Box 2792,
Yuma, Arizona 85366
Ph.: (650)-257-0719
E.: reshmakamath2021@gmail.com

# UNITED STATES DISTRICT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VAN SCHWARTZMAN, an individual,<br>　　　　Plaintiff,<br>　　vs.<br>SOUTH COAST TAX RESOLULTION, a corporation; RYAN ERIC BORN, an individual; SANDRA WOLFE, an individual; and DOES 1-50, inclusive,<br>　　　　Defendants.<br>---------------------------------------------------<br>SOUTH COAST TAX RESOLULTION, RYAN ERIC BORN, and SANDRA WOLFE,<br>　　　　Cross-Complainants,<br>vs.<br>VAN SCHWARTZMAN, an individual; and ROES 1-10, inclusive<br>　　　　Cross-Defendants. | **Case Number: 2:21-cv-03723**<br>[LASC *Case Number:* 21STCV01307]<br><br>**NOTICE OF REMOVAL OF CROSS-DEFENDANT VAN SCHWARTZMAN, PURSUANT TO 28 U.S. CODE §§ 1331, 1441, AND, 1446 (b) (3.)**<br><br>**[FEDERAL QUESTION JURISDICTION.]** |

1

**CROSS-DEFENDANT VAN SCHWARZTMAN'S NOTICE OF REMOVAL PURSUANT TO 28 U.S. CODE § 1446 – PROCEDURE FOR REMOVAL OF CIVIL ACTIONS, SECTION (b) (3)**

TO THE CROSS-PLAINTIFFS, THE ATTORNEY(S) ON RECORD, THE CLERK OF THE ABOVE-ENTITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE, AS ASSIGNED:

PLEASE TAKE NOTICE **CROSS-DEFENDANT VAN SCHWARTZMAN** submits this Notice of Removal based on federal question jurisdiction, pursuant to **28 U.S.C. §§ 1331, 1441, and 1446 (b) (3.)**

This action is hereby removed to this Court from the state court, as more particularly set forth below.

///

**DATED: MAY 03, 2021**          *Sincerely,*

*Reshma Kamath*

**Reshma Kamath,
Counsel,
Cross-Defendant Van Schwartzman**

2

**CROSS-DEFENDANT VAN SCHWARZTMAN'S NOTICE OF REMOVAL PURSUANT TO 28 U.S. CODE § 1446 – PROCEDURE FOR REMOVAL OF CIVIL ACTIONS, SECTION (b) (3)**

# MEMORANDUM

## FEDERAL QUESTION JURISDICTION - 28 U.S. CODE § 1331

Art. III of the United States Constitution provides constitutional limitations on federal jurisdiction make federal courts "courts of limited jurisdiction," *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 374 (1978.)

Federal courts are "empowered to hear only those cases that (1) are within the judicial power of the United States, as defined in the Constitution, and (2) that have been entrusted to them by a jurisdictional grant by Congress." 13 *Charles Alan Wright, Arthur R. Miller, Edward H. Cooper & Richard D. Freer, Federal Practice and Procedure* § 3522, p. 100 (3d ed. 2008) § 3522, p. 100; see generally 13 *Wright & Miller* § 3521; see also, *In re Bunyan*, 354 F.3d 1149, 1152 (9th Cir. 2004) (citing *United States v. Ruiz*, 536 U.S. 622, 628 (2002)) ("A federal court always has jurisdiction to determine its own jurisdiction.").

Specifically, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." **28 U.S. Code § 1331**; *Well Works Co. v. Layne & Bowler Co.,* 241 U.S. 257 (1916).

Further, "federal law creates [both] a private right of action and furnishes the substantive rules of decision." *Mims v. Arrow Financial Services, LLC*, 565 U.S. 368 (2012.)

The causes of actions arising from this particular transaction, and/or

3

**CROSS-DEFENDANT VAN SCHWARZTMAN'S NOTICE OF REMOVAL PURSUANT TO 28 U.S. CODE § 1446 – PROCEDURE FOR REMOVAL OF CIVIL ACTIONS, SECTION (b) (3)**

occurrence consist of federal and state causes of action.

It is undisputed this case involved federal tax preparation for the Internal Revenue Services (IRS.)

Jurisdiction over Cross-Defendant(s) is proper under California *Code of Civil Procedures* §410.10, and under Federal *Code of Civil Procedure* 26 U.S. Code, Code of Federal Regulations.

Jurisdiction over Defendants also remains proper under California *Code of Civil Procedure* §410.10.

This Court has general personal jurisdiction over Cross-Plaintiff South Coast, because South Coast, as a business, is registered with the Secretary of The State of California. Cross-Plaintiff South Coast's principal place of business remains in Westlake Village, California, Los Angeles County, in the Central District of California.

This Court also has general personal jurisdiction over Cross-Plaintiffs Born and Wolfe, because they remain employed in Westlake Village, California, Los Angeles County, in the Central District of California.

Both Cross-Plaintiffs remain engaged in work with federal tax preparation services as well.

///

///

4

**CROSS-DEFENDANT VAN SCHWARZTMAN'S NOTICE OF REMOVAL PURSUANT TO 28 U.S. CODE § 1446 – PROCEDURE FOR REMOVAL OF CIVIL ACTIONS, SECTION (b) (3)**

## REMOVAL JURISDICTION-28 U.S. CODE §§ 1441 and 1446(b)(3)

Pursuant to 28 U.S. Code § 1441 - Removal of civil actions:

"(a)Generally.—

Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

Van Schwartzman is a Cross-Defendant in above-entitled matter pending in state court.

The procedures for removal remain set forth in 28 U.S.C. §1446.

In particular, §1446(b) sets forth the time requirements for removal:

"**(3)** Except as provided in subsection (c), if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable."

Van Schwartzman is within the 30-day time period as stated below in his requirement for timeliness.

Thus, Cross-Defendant has met his burden of removal to federal jurisdiction.

## STATE COURT ACTION

On January 12, 2021, Van Schwartzman filed the original Complaint with the State Court, Los Angeles Superior Court of California.

5

**CROSS-DEFENDANT VAN SCHWARZTMAN'S NOTICE OF REMOVAL PURSUANT TO 28 U.S. CODE § 1446 – PROCEDURE FOR REMOVAL OF CIVIL ACTIONS, SECTION (b) (3)**

On February 18, 2021, South Coast, *et. al.*, filed a Cross-Complaint with the above-referenced State Court.

On March 26, 2021, Cross-Defendant Van Schwartzman filed a Motion-to-Strike with this State Court.

On April 22, 2021, the State Court Judge in her Order *sua sponte* decided to file a Motion for Judgment on the Pleadings, under C.C.P. sections 436, and 438.

Thus, on May 03, 2021, the 30-day period to file a Notice-of-Removal for Cross-Defendant Van Schwartzman remains timely from such state court judge's Order on April 22, 2021.

**TIMELINESS**

This Notice is timely pursuant to 28 U.S.C section 1146(b)(3.)

On April 22, 2021, the State Court Judge *sua sponte* filed a motion for judgment on the pleadings.

Pursuant to U.S.C. section 1446(b)(3), Van Schwartzman files this timely Notice-of-Removal within the 30-days provided from the State Court Judge's Order, dated April 22, 2021.

Further, Van Schwartzman is filing this Notice of Removal under Cross-Plaintiffs' violation of under 26 U.S. Code Federal Tax Return Preparers' Duties.

As no Doe Defendants remain identified at this time, no joinder of unserved Defendants is required to perfect any, and all removal of the State Court Action.

6

**CROSS-DEFENDANT VAN SCHWARZTMAN'S NOTICE OF REMOVAL PURSUANT TO 28 U.S. CODE § 1446 – PROCEDURE FOR REMOVAL OF CIVIL ACTIONS, SECTION (b) (3)**

**INTRADISTRICT ASSIGNMENT**

This case is being removed to the Central District, Western Division of this Court, because the existing State Court Action is pending in Los Angeles County.

**OTHER PERTINENT INFORMATION.**

Pursuant to 28 U.S.C. section 1146(a), defendant Van Schwartzman files this Notice in the District Court of the United States for the district and division within which the State Court Action is pending.

Pursuant to 28 U.S.C. section 1146(d), a copy of this Notice and its attachments will properly served on plaintiffs in the State Court Action, and notice thereof will be filed with the clerk of the Los Angeles County Superior Court.

A pending motion does not preclude Van Schwartzman from filing this Notice-of-Removal.

Subject-matter jurisdiction is an Art. III as well as a statutory requirement. *Insurance Corp. of Ireland v. Compagnie des Bauxites de Guinee*, 456 U.S. 694 (1982.) the consent of the parties is irrelevant, *California v. LaRue*, 409 U. S. 109 (1972), principles of estoppel do not apply, *Am. Fire & Casualty Co. v. Finn*, 341 U. S. 6, 17-18 (1951), and a party does not waive the requirement by failing to challenge jurisdiction early in the proceedings.

**Thus**, in this case before us, removing Cross-Defendant Van Schwartzman has met the burden of properly and adequately establishing federal question

**CROSS-DEFENDANT VAN SCHWARZTMAN'S NOTICE OF REMOVAL PURSUANT TO 28 U.S. CODE § 1446 – PROCEDURE FOR REMOVAL OF CIVIL ACTIONS, SECTION (b) (3)**

jurisdiction, pursuant to U.S. Code sections 1331, and 1446 (b) (3.) See *Abrego Abrego v. The Dow Chemical Co.*, 443 F.3d 676, 682–83 (9th Cir. 2006) (citing *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir.1992)) ("In cases removed from state court, the removing defendant has 'always' borne the burden of establishing federal jurisdiction.) Any, and all facts required were adequately pled based on Federal Internal Revenue Services Liens, and Preparation Services pursuant to 26 U.S. Code, Code of Federal Regulations.

**Wherefore**, Cross-Defendant Van Schwartzman hereby removes Los Angeles County Superior Court Case No.21STCV01307 to the United States District Court, Central District of California, Western Division.

///

**DATED: MAY 03, 2021**              *Respectfully Submitted*,

*Reshma Kamath*

**Reshma Kamath, Counsel,**

**For Cross-Defendant Van Schwartzman**

**CROSS-DEFENDANT VAN SCHWARZTMAN'S NOTICE OF REMOVAL PURSUANT TO 28 U.S. CODE § 1446 – PROCEDURE FOR REMOVAL OF CIVIL ACTIONS, SECTION (b) (3)**

# PROOF OF SERVICE
F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am a resident of, or employed in, the County of San Diego, I am over the age of 18, and not a party to this action. My business address is Griffin Law Group, 550 West B Street, 4th Floor #130, San Diego, CA 92101. On May 04, 2021, I served the following document(s), by method indicated below, on the parties in this action: *SEE ATTACHED SERVICE LIST*.

**PROOF OF SERVICE FOR CROSS-DEFENDANT VAN SCHWARTZMAN'S NOTICE-OF-REMOVAL.**

**OVERNIGHT U.S. MAIL**
In placing the original / a true copy thereof enclosed in a sealed envelope(s), with postage fully prepaid, addressed as per the attached service list, for collection and mailing at Griffin Law Group, 550 West B Street, 4th Floor #130, San Diego, CA 92101, following ordinary business practices. I am readily familiar with Griffin Law Group's practice for collection and processing of documents for mailing. Under that practice, the document is deposited with the United States Postal Service on the same day as it is collected and processed for mailing in the ordinary course of business.

**ELECTRONIC SERVICE**
In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error.
///
I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.
///
Executed on the 4th day of May 2021 in SAN DIEGO, CALIFORNIA
///

/s/ David Griffin

David Griffin

9

**CROSS-DEFENDANT VAN SCHWARZTMAN'S NOTICE OF REMOVAL PURSUANT TO 28 U.S. CODE § 1446 – PROCEDURE FOR REMOVAL OF CIVIL ACTIONS, SECTION (b) (3)**

# SERVICE LIST

| | |
|---|---|
| Anthony McClaren (SBN 232515)<br><br>Perleberg McClaren LLP<br><br>4223 Glencoe Avenue, Suite A220<br><br>Marina del Rey, California 90292<br><br>Telephone: (323) 741-6500<br><br>akm@pmlegal.law | Attorney for Cross-Plaintiffs.<br><br>Via USPS Mail Service, and E-mail Service. |

**CROSS-DEFENDANT VAN SCHWARZTMAN'S NOTICE OF REMOVAL PURSUANT TO 28 U.S. CODE § 1446 – PROCEDURE FOR REMOVAL OF CIVIL ACTIONS, SECTION (b) (3)**