1 | David R.Griffin, Esq. SBN# 766619
Griffin Law Group
2 | 1026 W El Norte Parkway #133
(619) 222-0888
3 | Email: drg@drgesq.com

4

5 | Attorney for Plaintiff
Van Schwartzman

6

7

8 | IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 | IN AND FOR THE COUNTY OF LOS ANGELES

10 | UNLIMITED CIVIL JURISDICTION

11

12

13 | VAN SCHWARTZMAN,                                  Case No.

14 |     Plaintiff,                                   **DEMAND FOR JURY TRIAL**

15 | v.

16

17 | SOUTH COAST TAX RESOLUTION; RYAN ERIC BORN, AS INDIVIDUAL; THOMAS J. LINDLEY, AS INDIVIDUAL; SANDRA WOLFE, AS INDIVIDUAL, AND DOES 1 through 50, INCLUSIVE

18

19

20 |     Defendants.

21

22

23 | PLEASE TAKE NOTICE that PLAINTIFF VAN SCHWARTZMAN hereby demands a trial by

24 | jury in the above-entitled action.

25

By: _____
David R.Griffin, Esq.
Attorney For Plaintiff,
Van Schwartzman


Date: September 5, 2020