Case 2:21-cv-03723-GW-SK   Document 1-5   Filed 05/03/21   Page 1 of 8   Page ID #:30

Electronically FILED by Superior Court of California, County of Los Angeles on 02/18/2021 02:09 PM Sherri R. Carter, Executive Officer/Clerk of Court, by J. Tang,Deputy Clerk

1  Anthony McClaren (SBN 232515)
   Tariq Boulad (SBN 330965)
2  Perleberg McClaren LLP
   4223 Glencoe Avenue, Suite A220
3  Marina del Rey, California 90292
4  Telephone: (323) 741-6500
   akm@pmlegal.law
5  tib@pmlegal.law

6  *Attorneys for Defendants and Cross Complainants*
7  *South Coast Tax Resolution, Ryan Born, and Sandra Wolfe*

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          IN AND FOR THE COUNTY OF LOS ANGELES – CENTRAL DIVISION

| | |
|---|---|
| VAN SCHWARTZMAN, an individual,<br><br>　　*Plaintiff*,<br><br>v.<br><br>SOUTH COAST TAX RESOLUTION;<br>RYAN ERIC BORN, AN INDIVIDUAL;<br>THOMAS J. LINDLEY, AN INDIVIDUAL;<br>SANDRA WOLFE; AND DOES 1 through 50, INCLUSIVE<br><br>　　*Defendants* | Case No. 21STCV01307<br><br>**CROSS-COMPLAINT FOR:**<br><br>　1. Breach of Contract<br>　2. Breach of Good Faith and Fair Dealing<br>　3. Intentional Interference with Prospective Economic Relations<br>　4. Defamation – Libel<br><br>**Demand for Jury Trial**<br><br>Action Filed: January 12, 2021 |
| SOUTH COAST TAX RESOLUTION;<br>RYAN ERIC BORN, AN INDIVIDUAL;<br>AND SANDRA WOLFE;<br><br>　　*Cross-Complainants*,<br><br>v.<br><br>VAN SCHWARTZMAN, an individual,<br>AND ROES 1 through 10, INCLUSIVE.<br><br>　　*Cross-Defendants*. | |

CROSS COMPLAINT FOR DAMAGES

Cross-Complainants SOUTH COAST TAX RESOLULTION, RYAN ERIC BORN, and SANDRA WOLFE ("Cross-Complainants") hereby allege the following:

## PARTIES

1. Cross-Complainant South Coast Tax Resolution is an accounting business, with its principal place of business in the County of Los Angeles, State of California.

2. Cross-Complainant Eric Born is an individual, residing in the County of Los Angeles, State of California.

3. Cross-Complainant Sandra Wolfe is an individual, residing in the County of Los Angeles, State of California.

4. Upon information and belief, Cross-Defendant Van Schwartzman is an individual, residing in the County of Los Angeles, State of California.

5. Cross-Complainant's are ignorant of the true names and capacities of Cross-Defendants sued herein as Roes 1 through 10, inclusive, and therefore sues these Cross-Defendants by such fictitious names. Cross-Complainant's will amend this Cross-Complaint to allege their true names and capacities once it ascertains the same.

6. Upon information and belief, Cross-Defendants Roes 1 through 10 were the agents, servants, and employees of their Co-Cross-Defendants, and at all times mentioned herein were acting within the scope of said agency, authority, and/or employment. Upon information and belief, Cross-Defendants Roes 1 through 10 aided and assisted one or more of the Cross-Defendants in committing the wrongful acts herein alleged.

## FACTS COMMON TO ALL CAUSES OF ACTION

7. In or around February 15, 2018, and ongoing until in or around August 2020, Cross-Complainants and Cross Defendants entered into an agreement to provide various tax services.

8. As a part of this agreement, Cross-Defendant Van Schwartzman was tasked with providing various information to Cross-Complainant, so that Cross-Complainant could adequately serve Mr. Schwartzman.

9. Specifically, Van Schwartzman was asked by South Coast Tax Resolution to prepare various forms containing information that would enable Cross-Complainants to service Van

Schwartzman. However, despite repeated requests for that information, Van Schwartzman failed to provide the information, rendering South Coast Tax Resolution unable to assist.

10. Ultimately, as a result of Cross-Defendant's failure to perform as agreed, Cross-Complainant could no longer assist under the contract. In this way, Cross-Defendant breached the contract anticipatorily.

11. Notwithstanding Cross-Defendant's own failure to perform, in or around January 12, 2021, Cross-Defendant filed a Complaint, which is the subject of this action, and the reason for this Cross-Complaint.

12. By filing this Complaint, Cross-Defendant has caused irreparable harm to the reputation of all Cross-Complainants, has defamed their reputation, and has otherwise interfered with their business relationships.

**FIRST CAUSE OF ACTION**

**BREACH OF CONTRACT**

**(South Coast Tax Resolution Against all Cross-Defendants)**

13. Cross-Complainant refers to and incorporates by reference paragraphs 1 to 12 herein as though set forth in full.

14. In or around February 15, 2018, and ongoing until in or around August 2020, Cross-Complainants and Cross Defendants entered into an agreement to provide various tax services.

15. As a part of this agreement, Cross-Defendant Van Schwartzman was tasked with providing various information to Cross-Complainant, so that Cross-Complainant could adequately serve Mr. Schwartzman.

16. Specifically, Van Schwartzman was asked by South Coast Tax Resolution to prepare various forms containing information that would enable Cross-Complainants to service Van Schwartzman. However, despite repeated requests for that information, Van Schwartzman failed to provide the information, rendering South Coast Tax Resolution unable to assist.

17. Ultimately, as a result of Cross-Defendant's failure to perform as agreed, Cross-Complainant could no longer assist under the contract. In this way, Cross-Defendant breached the contract anticipatorily.

18. As a result of the breach of contract by Cross-Defendant, Cross-Complainant South Coast Tax Resolution has incurred damages including loss of profits, losses incurred on reliance of Cross-Defendant's warranties, and incidental and consequential damages according to proof at trial.

## SECOND CAUSE OF ACTION

## BREACH OF GOOD FAITH AND FAIR DEALING

### (South Coast Tax Resolution Against all Cross-Defendants)

19. Cross-Complainant refers to and incorporates by reference paragraphs 1 to 18 herein as though set forth in full.

20. The agreement between the parties contains an implied covenant of good faith and fair dealing which obligates Cross-Defendant to perform his obligations thereunder fairly and in good faith. The implied covenant of good faith and fair dealing also prohibits Cross-Defendant from engaging in any act which would deprive Cross-Complainant of the benefits of the Agreement.

21. Cross-Complainant performed all obligations, conditions, covenants, terms, and promises of the Agreement in the manner specified therein except for those excused by operation of law.

22. Cross-Defendant breached the implied covenant of good faith and fair dealing by performing his obligations thereunder unfairly and in bad faith with intent to frustrate Cross-Complainant's rights to receive the benefits of the Agreement.

23. As a proximate result of Cross-Defendant's unfair and unjust conduct, Cross-Complainant has incurred damages according to proof at trial.

## THIRD CAUSE OF ACTION

## INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS

### (South Coast Tax Resolution Against all Cross-Defendants)

24. Cross-Complainant refers to and incorporates by reference paragraphs 1 to 23 herein as though set forth in full.

25. At all relevant times herein, Cross-Complainants were in the business of accounting. As such, Cross-Complainants rely on their relationships with the community of accountants and business and individuals in need of such services from Cross-Complainant.

26. Cross-Defendants knew or should have known of Cross-Complainant's business relationships with the community of accountants and business and individuals in need of such services.

27. Cross-Defendants also knew or should have known of the importance of Cross-Complainant's reputation and goodwill in the industry to keep and attract clients.

28. Cross-Defendants undercut Cross-Complainant 's reputation and relationships with client's by filing the underlying complaint accusing Cross-Complainants of various acts of malfeasance.

29. Cross-Defendant's conduct was a substantial factor in causing Cross- Complainant harm.

30. As a proximate result of the acts and/or omissions of Cross-Defendants, Cross-Complainant's relationship with Plaintiff and other clients was and is being disrupted, and Cross-Complainants suffered and continue to suffer damages in an amount that will be proven at the time of trial.

### FOURTH CAUSE OF ACTION

### DEFAMATION- LIBEL

### (All Cross-Complainants Against all Cross-Defendants)

31. Cross-Complainants refer to and incorporate by reference herein paragraphs 1 to 30 as though set forth in full.

32. By filing this lawsuit, Cross-Complainant has made false written statements regarding Cross-Complainant's business reputation that refer to incompetent conduct involving Plaintiff's business, personnel, trade or profession.

33. These defamatory statements were made with the intent to harm Cross-Complainant's business reputation or with conscious disregard as to the effect of the statements on Cross-Complainant's business reputation.

34. Cross-Complainant's have been harmed by Cross-Defendant's false written statements because these statements attribute conduct, characteristics, and conditions incompatible with the proper exercise of Plaintiff's lawful business, trade, and profession.

35. As a proximate result of these acts, Cross-Complainants have suffered and will continue to suffer damages in an amount that will be proven at the time of trial.

**WHEREFORE**, Cross-Complainants pray for judgment against Cross-Defendants, and each of them, as follows:

1. For compensatory and consequential damages in an amount to be determined at trial, at a minimum in excess of $25,000.00;
2. For punitive and exemplary damages in a sum according to proof;
3. For attorney's fees, costs, and expenses as allowed by law;
4. For interest on all damages at the legal rate through date of entry of judgment;
5. For such other relief as the Court may deem just and proper.

PERLEBERG MCCLAREN LLP

Dated: February 18, 2021        By: /s/Anthony McClaren
                                    Anthony McClaren
                                    *Attorneys for Cross-Complainants*

**DEMAND FOR JURY TRIAL**

Cross-Complainants hereby demand trial by jury in this matter.

Respectfully Submitted,

PERLEBERG MCCLAREN LLP

Dated: February 18, 2021    By:   /s/Anthony McClaren
                                  Anthony K. McClaren
                                  *Attorneys for Cross-Complainants*

**PROOF OF SERVICE**

I am over eighteen (18) years of age, employed in the County of Los Angeles, and not a party to this action. My business address is 4223 Glencoe Avenue, Suite A220, Marina del Rey, California 90292. I hereby certify that on February 18, 2021, I served the following documents:

**CROSS COMPLAINT**

By delivering the document(s) to:

David Griffin, Esq.
550 West B Street, 4th Floor, #130
San Diego, CA 92101
drg@drgesq.com

BY MAIL. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this Proof of Service.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed February 18, 2021 at Los Angeles, California.

/s/Tariq Boulad
Tariq Boulad