David R. Griffin, Esq. SBN. 76619
Griffin Law Group
550 West B Street
4th Floor #130
San Diego, CA 92101
Ph.: (619)-222-0888
E:    drg@drgesq.com

Reshma Kamath, SBN. 333800
P.O. Box #2792,
Yuma, AZ 85366
Ph.: (650)-257-0719
E:    reshmakamath2021@gmail.com
Counsel for Plaintiff, and Cross-Defendant,
Van Schwartzmann

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## IN AND FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| VAN SCHWARTZMANN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTH COAST TAX RESOLULTION, a corporation; RYAN ERIC BORN, an individual; SANDRA WOLFE, an individual; and DOES 1-50, inclusive, <br><br> Defendants. <br> -------------------------------------------------------- <br> SOUTH COAST TAX RESOLULTION, RYAN ERIC BORN, and SANDRA WOLFE, <br><br> Cross-Complainants, <br><br> vs. <br><br> VAN SCHWARTZMANN, an individual; and ROES 1-10, inclusive <br> Cross-Defendants. | Case No. #21STCV01307 <br> *[Assigned to Judge Barbara J. Meiers at Department 12.]* <br><br> **COUNSEL RESHMA KAMATH'S DECLARATION OF GOOD-FAITH COMPLIANCE WITH MEET-AND-CONFER REQUIREMENTS OF CALIFORNIA *CODE OF CIVIL PROCEDURE* § 435.5(a)** <br><br><br> Date        April 21, 2021 <br> Time        09:30 a.m. <br> Location   Dep't. 12, Stanley Mosk <br><br> Reserv. I.D.      469874141528 |

- 1 -
NOTICE OF MOTION, AND MOTION TO STRIKE PORTIONS OF DEFENDANT, AND CROSS-COMPLAINANT'S CROSS-COMPLAINT

## <u>DECLARATION OF ATTORNEY RESHMA KAMATH</u>

[IN SUPPORT OF MOTION TO STRIKE, AND GOOD-FAITH COMPLIANCE TO MEET-AND-CONFER (CAL. *COD. PROC.* SECTION 435.5 (a)), AND PURSUANT TO CAL. *COD. PROC.* SECTION 435.5 (a)(2)), REQUEST FOR 30-DAY AUTOMATIC EXTENSION.]

I, **ATTORNEY RESHMA KAMATH**, declares as follows:

1. I am duly admitted to practice in the State of California, and before this Court.

2. I have personal knowledge of the facts asserted herein and, if called as a witness, could and would testify competently thereto.

3. I am co-lead counsel for Plaintiff/Cross-Defendant Van Schwartzmann in this action.

4. On Friday, March 19, 2021, I e-mailed Mr. Anthony McClaren, opposing counsel for Cross-Complainants, for a meet-and-confer request on amending their Cross-Complaint.

5. Mr. McClaren requested a list of defects to amend his Cross-Complaint.

6. On Monday, March 22, 2021, I sent this detailed list to Mr, McClaren.

7. On Wednesday, March 24, 2021, we engaged in a meet-and-confer via telephone.

8. **In good-faith**, I attempted to meet-and-confer with Mr. McClaren, and he suggested filing answer, or demurrer as a responsive pleading, because he would not amend the Cross-Complaint.

9. I also followed up with an e-mail listing the points we discussed in our phone-call, and Mr. McClaren denied amending any, and all defective pleading.

10. Thus, in good-faith, because the responsive filing deadline was on Friday, March 26, 2021, I request this Court to **grant** Plaintiff/Cross-Complainant this Motion-to-Strike, because when parties are unable to "meet and confer at least five days before the date a

motion to strike must be filed," (Cal. *Cod. Proc*. section 435.5 (a)), the Courts may take into consideration and **grant a thirty (30)-day automatic extension**, where

"If the parties are unable to meet and confer at least five days before the date the motion to strike must be filed, **the moving party shall be granted an automatic 30-day extension of time within which to file a motion to strike**, by filing and serving, on or before the date a motion to strike must be filed, a declaration stating under penalty of perjury that a **good faith attempt to meet and confer was made** and explaining the reasons why the parties could not meet and confer. The 30-day extension shall commence from the date the motion to strike was previously due, and the moving party shall not be subject to default during the period of the extension. **Any further extensions shall be obtained by court order upon a showing of good cause**."

(Cal. *Cod. Proc*. section 435.5 (a)(2).)

11. Since the filing deadline for a responsive pleading was on March 26, 2021, I request this Court to take into consideration the good-faith attempt via phone-call, and via e-mails, to discuss in particularity, and specificity alleged defective pleadings, in the e-mail dated March 22, 2021, and to **grant this automatic extension for thirty (30) days**, in accordance with the law of the State of California.

///

I declare under penalty of perjury that the foregoing is true and correct.

**Executed this 26th day of March 2021, at Yuma, Arizona.**

///

**Respectfully Submitted,**

*Reshma Kamath*

**Attorney Reshma Kamath
For Plaintiff Van Schwartzmann**

David R. Griffin, Esq. SBN. 76619
Griffin Law Group
550 West B Street
4th Floor #130
San Diego, CA 92101
Ph.: (619)-222-0888
E:   drg@drgesq.com

Reshma Kamath, SBN. 333800
P.O. Box #2792,
Yuma, AZ 85366
Ph.: (650)-257-0719
E:   reshmakamath2021@gmail.com
Counsel for Plaintiff, and Cross-Defendant,
Van Schwartzmann

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## IN AND FOR THE COUNTY OF LOS ANGELES

VAN SCHWARTZMANN, an individual,

        Plaintiff,

        vs.

SOUTH COAST TAX RESOLUTION, a
corporation; RYAN ERIC BORN, an individual;
SANDRA WOLFE, an individual; and DOES 1-
50, inclusive,

        Defendants.

------------------------------------------------------------

SOUTH COAST TAX RESOLUTION, RYAN
ERIC BORN, and SANDRA WOLFE,

        Cross-Complainants,

vs.

VAN SCHWARTZMANN, an individual; and
ROES 1-10, inclusive
        Cross-Defendants.

Case No. #21STCV01307
*[Assigned to Judge Barbara J. Meiers at Department 12.]*

**[PROPOSED] ORDER FOR NOTICE OF MOTION AND MOTION TO STRIKE CROSS-COMPLAINT, IN ITS ENTIRETY; MEMORANDUM OF POINTS AND AUTHORITIES; COUNSEL RESHMA KAMATH'S DECLARATION OF GOOD-FAITH COMPLIANCE WITH MEET-AND-CONFER REQUIREMENTS OF CALIFORNIA *CODE OF CIVIL PROCEDURE* § 435.5(a); [PROPOSED] ORDER.**

Date           April 21, 2021
Time           09:30 a.m.
Location     Dep't. 12, Stanley Mosk

Reserv. I.D.    469874141528

**TO ALL PARTIES, AND TO THEIR ATTORNEY(S) OF RECORD, HEREIN:**


Plaintiff/Cross-Defendants Van Schwartzmann's Motion to Strike Defendant/Cross-Complainants' Cross-Complaint came on regularly before this Court on April 21, 2021.

The Court, having considered all moving and opposing papers and oral arguments, in support of and in opposition to the motion, as well as having considered the oral arguments of the parties, papers on file, the record and applicable authorities and good cause appearing, orders as follows:

1. Plaintiff/Cross-Defendant VAN SCHWARTZMANN's Motion to Strike Defendant/Cross-Complainant's Cross-Complaint is **GRANTED**.

2. SOUTH COAST TAX RESOLULTION, RYAN ERIC BORN, SANDRA WOLFE, et al., are hereby **DISMISSED** from this Cross-Complaint.

///

**IT IS SO ORDERED.**

///

**DATED: April 21, 2021**


_____

**Honorable Judge Barbara A. Meiers,**
**Judge for the Superior Court of California,**
**County of Los Angeles**

[PROPOSED] ORDER FOR NOTICE OF MOTION, AND MOTION TO STRIKE PORTIONS OF
DEFENDANT, AND CROSS-COMPLAINANT'S CROSS-COMPLAINT