Anthony McClaren (SBN 232515)
Perleberg McClaren LLP
4223 Glencoe Avenue, Suite A220
Marina del Rey, California 90292
Telephone: (323) 741-6500
akm@pmlegal.law

*Attorneys for Defendants and Cross Complainants*
*South Coast Tax Resolution, Ryan Born, and Sandra Wolfe*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF LOS ANGELES – CENTRAL DIVISION

| | |
|---|---|
| VAN SCHWARTZMAN, an individual,<br><br>    *Plaintiff*,<br><br>v.<br><br>SOUTH COAST TAX RESOLUTION; RYAN ERIC BORN, AN INDIVIDUAL; THOMAS J. LINDLEY, AN INDIVIDUAL; SANDRA WOLFE; AND DOES 1 through 50, INCLUSIVE<br><br>    *Defendants*<br><br>―――――――――――――――<br><br>SOUTH COAST TAX RESOLUTION; RYAN ERIC BORN, AN INDIVIDUAL; AND SANDRA WOLFE;<br><br>    *Cross-Complainants*,<br><br>v.<br><br>VAN SCHWARTZMAN, an individual, AND ROES 1 through 10, INCLUSIVE.<br><br>    *Cross-Defendants*. | Case No. 21STCV01307<br>Judge: Hon. Barbara Meiers<br><br>**DECLARATION OF ANTHONY K. MCCLAREN IN SUPPORT OF CROSS-COMPLAINANT'S OPPOSITION TO CROSS-DEFENDANT'S MOTION TO STRIKE CROSS-COMPLAINT**<br><br>Date: April 21, 2021<br>Time: 09:30 a.m.<br>Location- Department 12<br><br>Action Filed: January 12, 2021 |

DECLARATION OF ANTHONY K. MCCLAREN

# DECLARATION OF ANTHONY K. McCLAREN

I, ANTHONY K. McCLAREN, declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California. I am the managing partner at Perleberg McClaren LLP, and counsel to Defendants/Cross-Complainants in the above referenced matter.

2. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath.

3. Cross-Complainants filed their Cross-Complaint in or around February 16, 2021, and served it via mail to Cross-Defendant's counsel, David Griffin, in or around February 18, 2021. As such, a response to the Cross-Complaint was due no later than March 26, 2021.

4. On March 17, 2021, Mr. Griffin contacted me via email and stated his belief a demurrer may apply to the Cross-Complaint, though he did not in that email address the issues believed to be deficient by the Cross-Complaint. See Exhibit A attached hereto.

5. In response, I advised Mr. Griffin that if he believed there were issues for a demurrer, he should send a letter on those issues, so a phone call could be held to meet and confer on those issues. See Exhibit A attached hereto.

6. On March 19, 2021, attorney Reshma Kamath contacted me via email on behalf of Cross-Defendant to set up a meet and confer phone call. See Exhibit B attached hereto.

7. In response, I again asked for a letter outlining the potential issues for demurer, so that I could assess their merit, or lack thereof, and have a phone call. See Exhibit B attached hereto.

8. On March 22, 2021, Ms. Kamath emailed me a summary of issues she intended to address in the meet and confer call. See Exhibit C attached hereto.

9. Though difficult to understand, I accepted the email as a meet and confer "letter brief" on the demurrer issues, and we then scheduled a meet and confer call.

10. In or around March 23, 2021, Ms. Kamath and I engaged in a meet and confer phone call. At no time during the phone call did Ms. Kamath indicate her intention to file a Motion to Strike any section of the Cross-Complaint.

11. Having reviewed Ms. Kamath's "letter brief" in advance of the meet and confer, and being confused by its contents, I had hoped for a better understanding of the issues upon which Cross-Defendant intended to demur during the meet and confer phone call.

12. Unfortunately, nothing provided by Ms. Kamath during the phone call regarding the alleged deficiencies to which Cross-Defendant might demur served to educate or motivate me to amend the Cross-Complaint, and I therefore declined to amend the Cross-Complaint.

13. Thereafter on March 24, 2021, Ms. Kamath sent me an email, improperly summarizing the phone call held between the parties. See Exhibit D attached hereto.

14. I immediately advised Ms. Kamath that she had misconstrued the meet and confer call, and further advised her the cross-complaint would not be amended. See Exhibit D attached hereto.

15. Thereafter on March 26, Ms. Kamath filed this Motion to Strike the Cross-Complaint on behalf of Cross-Defendant. The Motion to Strike came as quite a surprise, considering a Motion to Strike had never been discussed or raised by the Cross-Defendant at any time in any correspondence of phone call.

16. In spite of her knowledge of representation of Cross-Complainants, Ms. Kamath served her motion to strike directly on Cross-Complainants, which caused confusion and worry.

I declare under penalty of perjury under the laws of the California that the foregoing is true and correct. Executed this 8th day of April 2021, in Los Angeles, California.

*Anthony K. McClaren*
Anthony K. McClaren, Esq.

# EXHIBIT A

# Anthony K. McClaren

| | |
|---|---|
| **From:** | Anthony K. McClaren |
| **Sent:** | Friday, March 19, 2021 11:13 AM |
| **To:** | david griffin |
| **Subject:** | RE: South Coast Tax Cross complaint |

Mr. Griffin,

Thank you for your correspondence.

If you believe a demurrer is appropriate as a response to the cross-complaint, can you please send me a meet and confer letter on the issues, and then we can have a phone call. Depending on the issues you raise, I may be amenable to filing an amended complaint. However, I am not inclined to grant an extension to submit a responsive pleading without a better understanding of your position.

With respect to an effort to compromise, at this stage my client is willing to do a mutual release, with each side to bear its own attorney's fees and costs.

I look forward to hearing from you.

Sincerely,


**Anthony K. McClaren,** *Esq.*
Perleberg McClaren LLP
4223 Glencoe Avenue, Suite A220
Marina del Rey, California 90292
akm@pmlegal.law
323-741-6500  Office
323-426-2237  Direct
323-426-2405  Fax

*Confidentiality Notice:* This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify PERLEBERG MCCLAREN LLP by return e-mail and destroy the original message and all copies thereof.

**From:** david griffin <drg@drgesq.com>
**Sent:** Wednesday, March 17, 2021 3:33 PM
**To:** Anthony K. McClaren <akm@pmlegal.law>; Tariq I. Boulad <TIB@pmlegal.law>
**Cc:** Jose Avila <Jose.Avila@drgesq.com>; Marlo Kreger <Marlo@drgesq.com>; Reshma Kamath <reshmakamath2021@gmail.com>
**Subject:** South Coast Tax Cross complaint

We are in receipt of your cross-complaint that is calendared for a response on March 26 (mailed on March 18 plus 35 days). We would like to have time to met and confer in avoidance of demurrer and would appreciate a little more room to discuss settlement, mediation or other alternatives.
Please let me know your thoughts.

David Griffin
drg@drgesq.com

1

619.222.0888

# EXHIBIT B

**Anthony K. McClaren**

| | |
|---|---|
| **From:** | Reshma Kamath <reshmakamath2021@gmail.com> |
| **Sent:** | Friday, March 19, 2021 1:31 PM |
| **To:** | Anthony K. McClaren |
| **Cc:** | david griffin |
| **Subject:** | Re: RE South Coast Tax Cross-Complaint Case#21STCV01307 Meet-and-Confer |

Anthony:

I'll send you a list of defects early next week. Thank you.


Sincerely,

*Reshma Kamath*

**Reshma Kamath**

**Counselor at Law**

(Ph.): (650)-257-0719                                      P.O. Box #2792

(E.):  reshmakamath2021@gmail.com           Yuma, AZ 85366


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation.  To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.


On Fri, Mar 19, 2021 at 1:15 PM Anthony K. McClaren <akm@pmlegal.law> wrote:

> Reshma,
>
>
> Normally I receive some form of meet and confer correspondence identifying alleged deficiencies, so I can then assess my opponents position, and then determine how I wish to proceed.  Can you please send me a meet and confer letter, and at that time propose a time to have a phone call.  Thank you and I'll wait to hear from  you.

1

Sincerely,

**Anthony K. McClaren,** *Esq.*

Perleberg McClaren LLP

4223 Glencoe Avenue, Suite A220

Marina del Rey, California 90292

akm@pmlegal.law

323-741-6500  Office

323-426-2237  Direct

323-426-2405  Fax

*Confidentiality Notice:* This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify PERLEBERG MCCLAREN LLP by return e-mail and destroy the original message and all copies thereof.

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Friday, March 19, 2021 1:01 PM
**To:** Anthony K. McClaren <akm@pmlegal.law>; david griffin <drg@drgesq.com>
**Subject:** RE South Coast Tax Cross-Complaint Case#21STCV01307 Meet-and-Confer

Hello Mr. McClaren:

      I am writing on behalf of Griffin Law Group, to set up a meet-and-confer in the above-referenced matter. In the meanwhile, we will work on sending you any issues we may potentially bring up.

Would you be available some time next week to further discuss?

Please inform. Thank you.

Sincerely,

*Reshma Kamath*

**Reshma Kamath**

**Counselor at Law**

(Ph.): (650)-257-0719                                       P.O. Box #2792

(E.):   reshmakamath2021@gmail.com              Yuma, AZ 85366

**CONFIDENTIALITY NOTICE**: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation.  To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

# EXHIBIT C

# Anthony K. McClaren

| | |
|---|---|
| **From:** | Reshma Kamath <reshmakamath2021@gmail.com> |
| **Sent:** | Monday, March 22, 2021 9:51 AM |
| **To:** | Anthony K. McClaren |
| **Cc:** | david griffin |
| **Subject:** | Re: RE South Coast Tax Cross-Complaint Case#21STCV01307 Meet-and-Confer |

Please excuse the typo. It is (650)-257-0719. Thank you.

On Mon, Mar 22, 2021, 9:47 AM Anthony K. McClaren <akm@pmlegal.law> wrote:

> Hi,
>
> Ok 3pm.  Your phone number format is unfamiliar to me.
>
> Sincerely,
>
> **Anthony K. McClaren,** *Esq.*
>
> Perleberg McClaren LLP
>
> 4223 Glencoe Avenue, Suite A220
>
> Marina del Rey, California 90292
>
> akm@pmlegal.law
>
> 323-741-6500  Office
>
> 323-426-2237  Direct
>
> 323-426-2405  Fax
>
> *Confidentiality Notice:* This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify PERLEBERG MCCLAREN LLP by return e-mail and destroy the original message and all copies thereof.

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Monday, March 22, 2021 9:26 AM
**To:** Anthony K. McClaren <akm@pmlegal.law>
**Cc:** david griffin <drg@drgesq.com>
**Subject:** Re: RE South Coast Tax Cross-Complaint Case#21STCV01307 Meet-and-Confer

I could do 3 p.m. Pacific tomorrow. Please call at (60)-257-0719.

On Mon, Mar 22, 2021, 9:24 AM Anthony K. McClaren <akm@pmlegal.law> wrote:

Hi Reshma,

Let me know if you are free tomorrow at 10, 11, 3, or 4.

Sincerely,

**Anthony K. McClaren,** *Esq.*

Perleberg McClaren LLP

4223 Glencoe Avenue, Suite A220

Marina del Rey, California 90292

akm@pmlegal.law

323-741-6500  Office

323-426-2237  Direct

323-426-2405  Fax

*Confidentiality Notice:* This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify PERLEBERG MCCLAREN LLP by return e-mail and destroy the original message and all copies thereof.

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Monday, March 22, 2021 8:00 AM
**To:** Anthony K. McClaren <akm@pmlegal.law>
**Cc:** david griffin <drg@drgesq.com>
**Subject:** Re: RE South Coast Tax Cross-Complaint Case#21STCV01307 Meet-and-Confer

Anthony:

Based on this, please inform when you would be available for a meet-and-confer this week.

·   In filing a Complaint, Plaintiff/Cross-Defendant Schwartzman is exercising his rights as a Consumer, and as a person, who engaged in receiving business tax services from Defendants.

In California, Consumer protection laws apply to transactions by individuals for products or services. These laws protect consumers from inferior or hazardous products, deceptive advertisements, and fraudulent sales practices. Laws also protect consumer's identity and privacy, and provide a framework for filing complaints. Many complaints may be resolved with a letter to the company, business, or service provider involved. Other complaint may require a more formal procedure.

PLAINTIFF/CROSS-DEFENDANT VAN SCHWARTZMAN is an individual residing at 65 Portuguese Bend Road, Rolling Hills, CA 90274.

·   Causes of Action in Cross-Complaint **not grounded in fact, and law**:

**E.G. FOURTH CAUSE OF ACTION**

**DEFAMATION - LIBEL**

Cal. *Civ. Code* §45 provides codified definitions for libel:

"Libel is a false and unprivileged publication by writing, printing, picture, effigy, or other fixed representation to the eye, which exposes any person to hatred, contempt, ridicule, or obloquy, or which causes him to be shunned or avoided, or which tends to injure him in his occupation."

- <u>Defamation requires publication to third parties.</u>

To allege defamation, corporations must show false statements were made to **third parties**. This is called "publication" even though it doesn't involve publishing the statement in a newspaper or public forum. Since California law treats defamation as an intentional tort, a defendant must have intended the specific publication.

A publication means communication to some third person who understands the defamatory meaning of the statement and its application to the person to whom reference is made.

- <u>Defamation requires a showing of damages, and harm to business, or reputations</u>.

No Showing of Damages? What Lose?

Generally, corporations must show defamatory statements resulted in damages to their businesses or reputations. For example, if you make false statements that cause a corporation to lose customers, you may be sued for the losses it incurred in revenue damages.

**THIRD CAUSE OF ACTION:**

**Intentional Interference With Prospective Economic Relations**

Again, here, Schwartzman was a consumer acquiring tax services; **not engaging in a business relationship to be economically profitable**. PLAINTIFF/CROSS-DEFENDANT VAN SCHWARTZMAN is an individual residing at 65 Portuguese Bend Road, Rolling Hills, CA 90274. No reasonable expectation of future economic profits. Schwartzman only paid Defendants/Cross-Plaintiffs to provide tax services. No improper motives, and no improper means.

4

"Intentional interference with prospective economic advantage has five elements:(1) the existence, between the plaintiff and some third party, of an economic relationship that contains the probability of future economic benefit to the plaintiff; (2) the defendant's knowledge of the relationship; (3) intentionally wrongful acts designed to disrupt the relationship; (4) actual disruption of the relationship; and (5) economic harm proximately caused by the defendant's action." *Roy Allan Slurry Seal, Inc. v. American Asphalt South, Inc.* (2017) 2Cal.5th 505, 512 [213 Cal.Rptr.3d 568, 388 P.3d 800]].

This tort is a type of unfair business practice that occurs when a person and/or entity **intentionally interferes** with an established business relationship through **unlawful or wrongful means**.

The key element of the cause of action is, "…proving that the defendant not only knowingly interfered with the plaintiff's expectancy (of a profitable business relationship), but also that defendant engaged in conduct that was **wrongful by some legal measure other than the mere fact of the interference itself.**" *Delta Penna v Toyota Motor Sales, Inc.,* (1995) 11 CA 4th 376.

This tort requires Plaintiff have:

· An existing business relationship with a third party, and

· A reasonable certainty that a specific future dealing with such third party will be economically profitable.

None of above. No improper mean. No wrongful conduct by some legal measure other than mere fact of interference itself.

**<u>Will you consider amending the Cross-Complaint</u>?**

**I will communicate re your mutual release proposition you stated to our client.**

**At this point, I suggest settlement, as an alternative.**

Sincerely,

*Reshma Kamath*

**Reshma Kamath**

**Counselor at Law**

(Ph.): (650)-257-0719                                        P.O. Box #2792

(E.):   reshmakamath2021@gmail.com                Yuma, AZ 85366


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation.  To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.


On Fri, Mar 19, 2021 at 1:31 PM Reshma Kamath <reshmakamath2021@gmail.com> wrote:

Anthony:


I'll send you a list of defects early next week. Thank you.


Sincerely,

*Reshma Kamath*

**Reshma Kamath**

**Counselor at Law**

# EXHIBIT D

**Anthony K. McClaren**

| | |
|---|---|
| **From:** | Anthony K. McClaren |
| **Sent:** | Wednesday, March 24, 2021 8:50 AM |
| **To:** | Reshma Kamath |
| **Cc:** | david griffin |
| **Subject:** | RE: RE South Coast Tax Cross-Complaint Case#21STCV01307 Meet-and-Confer |

Hi Reshma,

Thank you for the email.

No, I do not agree with your statement that I agree that the fourth cause of action lacks a sufficient statement of damages or facts. Further, no, I will not amend my cross-complaint.

Yes, please advise on possible resolution, and I look forward to hearing from you.

Sincerely,


**Anthony K. McClaren,** *Esq.*
Perleberg McClaren LLP
4223 Glencoe Avenue, Suite A220
Marina del Rey, California 90292
akm@pmlegal.law
323-741-6500  Office
323-426-2237  Direct
323-426-2405  Fax

*Confidentiality Notice:* This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify PERLEBERG MCCLAREN LLP by return e-mail and destroy the original message and all copies thereof.

**From:** Reshma Kamath <reshmakamath2021@gmail.com>
**Sent:** Wednesday, March 24, 2021 8:00 AM
**To:** Anthony K. McClaren <akm@pmlegal.law>
**Cc:** david griffin <drg@drgesq.com>
**Subject:** Re: RE South Coast Tax Cross-Complaint Case#21STCV01307 Meet-and-Confer

Thank you for the meet-and-confer.

As per our talk, you agree on the insufficiency of having proved damages in the Defamation, Fourth Cause of Action, and also the lack of facts. Please inform whether you will amend this cross-claim, or take a more amenable action.

I also look forward to a possible settlement resolution, in lieu of a potential demurrer.

Sincerely,

*Reshma Kamath*

**Reshma Kamath**

**Counselor at Law**

(Ph.): (650)-257-0719                                    P.O. Box #2792

(E.):  reshmakamath2021@gmail.com            Yuma, AZ 85366

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. Thank you for your cooperation.  To ensure compliance with Internal Revenue Service Circular 230, we inform you that any tax advice contained in this communication is not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

On Mon, Mar 22, 2021 at 9:51 AM Reshma Kamath <reshmakamath2021@gmail.com> wrote:

> Please excuse the typo. It is (650)-257-0719. Thank you.
>
> On Mon, Mar 22, 2021, 9:47 AM Anthony K. McClaren <akm@pmlegal.law> wrote:
>
>> Hi,
>>
>> Ok 3pm.  Your phone number format is unfamiliar to me.
>>
>> Sincerely,
>>
>> **Anthony K. McClaren,** *Esq.*
>>
>> Perleberg McClaren LLP

2