# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Stanley Mosk Courthouse, Department 12

**21STCV01307**  April 21, 2021
**VAN SCHWARTZMAN vs SOUTH COAST TAX RESOLUTION, et al.**  9:30 AM

Judge: Honorable Barbara A. Meiers  CSR: None
Judicial Assistant: Daniel Haro  ERM: None
Courtroom Assistant: Frank Estrada  Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Reshma Kamath (Telephonic)

For Defendant(s): Anthony Kent McClaren (Telephonic)

Other Appearance Notes: #7

**NATURE OF PROCEEDINGS:** Hearing on Motion to Strike (not anti-SLAPP) - without Demurrer

The matter is called for hearing and the Court and counsel confer.

On the Court's own motion, a Court's Motion to Strike and Motion for Judgment on the Pleadings pursuant to Code of Civil Procedure Sections 436 and 438 respectively as to the Complaint is set on 5/17/21; and today's hearing on Plaintiff's Motion to Strike is continued to 5/17/21 @ 10:00 in order to determine if the case will reclassify case as limited jurisdiction and transfer the case to limited jurisdiction as complaint for breach of contract seeks to recover 14k. Opposition due 10-days before hearing; served by e-mail and regular mail on same date; and responses to be filed 3-days before the hearing, with courtesy copies delivered to D. 12 on same date of filing.

Hearing - Other Court's Motion to Strike and Motion for Judgment on the Pleadings pursuant to Code of Civil Procedure Sections 436 and 438 respectively is scheduled for 05/17/21 at 10:00 AM in Department 12 at Stanley Mosk Courthouse.

Hearing on Motion to Strike (not anti-SLAPP) - without Demurrer is continued to 05/17/21 at 10:00 AM in Department 12 at Stanley Mosk Courthouse. To be heard with the pending Case Management conference that day, at 10:00 AM.

In the meantime, the court urges counsel to try and settle the case.

Clerk to give notice.

Certificate of Mailing is attached.